| | |
|---|---|
| 1 | DEVIN DERHAM-BURK #104353 |
| | CHAPTER 13 STANDING TRUSTEE |
| 2 | P O BOX 50013 |
| | SAN JOSE, CA 95150-0013 |
| 3 | |
| | Telephone: (408) 354-4413 |
| 4 | Facsimile: (408) 354-5513 |
| 5 | Trustee for Debtor |

**ORIGINAL**

**FILED**

JUN 1 8 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ABIGAIL ALANIZ ) Case No. 04-55608 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
 Debtor )
)

The final dividend to Creditor, CITIFINANCIAL/ACB in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $68.97 as an unclaimed dividend.

Claim # 7    CITIFINANCIAL/ACB
             INVESTMENT RECOVERY
             P O BOX 914
             OWINGSMILLS, MD 21117

Dated: June 16, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

March 26, 2008

CitiFinancial Investment Recovery
1111 Northpoint Dr Bldg 4
Coppell, TX 75019

RE: Alaniz, Abigail
Chapter 13 No: 04-5-5608MM

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
MAR 19 2008
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

CITIFINANCIAL/ACB
INVESTMENT RECOVERY
P.O. BOX 914
OWINGSMILLS MD 21117

NIXIE    212  DE  1      00  03/15/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313    *2655-04785-12-40

Case: 04-55608   Doc# 32   Filed: 06/18/10   Entered: 07/14/10 14:41:55   Page 3 of 3